PEOPLE, PLAINTIFF AND APPELLEE, *v.* ROSARIO, DEFENDANT AND APPELLANT.

APPEALS from the District Court of Ponce in Prosecutions for Adulteration of milk.

Nos. 1568, 1569.—Decided November 30, 1920.

Decided on the grounds of the opinion delivered in the case of *People* v. *Rosario, ante,* page 867.

*Mr. Leopoldo Tormes* for the appellant.
*Mr. José E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.